■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID VAN NORDSTRAND, Appellant. [655 NYS2d 693] —Appeal from a judgment of the County Court of Schenectady County (Scarano, Jr., J.), rendered January 31, 1996, convicting defen-

dant upon his plea of guilty of the crime of criminal sale of a controlled substance in the second degree.

In full satisfaction of a five-count indictment, defendant pleaded guilty to the crime of criminal sale of a controlled substance in the second degree and was sentenced, as a predicate felon, to a prison term of seven years to life. Defendant contends that his sentence is harsh and excessive given the fact that he, *inter alia*, has a son and a disabled wife, has a history of steady employment and has had success in drug treatment. In light of defendant's past criminal history, which includes a drug-related conviction, as well as the fact that defendant received the agreed-upon sentence which is within the statutory limits, we reject defendant's contention and find that the sentence imposed was neither harsh nor excessive (*see, People v Roldan*, 223 AD2d 893, *lv denied* 88 NY2d 993; *People v Martinez*, 184 AD2d 869, *lv denied* 80 NY2d 906).

Cardona, P. J., Mikoll, Mercure, Crew III and Peters, JJ., concur. Ordered that the judgment is affirmed.